NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| In the Interest of L.M-C, B.C., J.C., and K.C., children. | ) ) ) | |
| | ) ) | |
| M.C., | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case Nos. 2D18-2176 |
| | ) | 2D18-2205 |
| DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM, | ) ) ) | CONSOLIDATED |
| | ) ) | |
| Respondents. | ) ) | |

Opinion filed November 7, 2018.

Petitions for Writ of Certiorari to the Circuit
Court for Hillsborough County; Emily A.
Peacock, Judge.

Linda C. Clark of Linda C. Clark, P.A.,
Tampa, for Petitioner.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Mary Soorus, Assistant
Attorney General, Tampa, for Respondent
Department of Children and Families.

Thomasina Moore and Laura J. Lee,
Tallahassee, for Respondent Guardian ad
Litem Program.

PER CURIAM.

Denied.

VILLANTI, BADALAMENTI, and ATKINSON, JJ., Concur.